CROWE & DUNLEVY
THOMAS B. SNYDER, Cal. Bar No. 211230
Braniff Building
324 N. Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
Telephone:   405.234.3254
Facsimile:    405.272.5271
Email:         thomas.snyder@crowedunlevy.com

Attorneys for Defendant
BOBBLEHEADS.COM, LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBLEHEADS.COM, LLC, a Georgia limited liability company,<br><br>Plaintiff<br><br>vs.<br><br>WRIGHT BROTHERS, INC., a California corporation; Corey Wright, an individual; and Casey Wright, an individual,<br><br>Defendants. | Case No. **'16 CV 2790 JLS  DHB**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 501**<br><br><br>**JURY TRIAL DEMANDED**<br>_____ |

# COMPLAINT

1. Plaintiff Bobbleheads.com, LLC, a Georgia limited liability company ("Bobbleheads.com") brings this action against Defendants Wright Brothers, Inc., a California corporation ("Wright Brothers"), Corey Wright, an individual, and Casey Wright, an individual (collectively, "Defendants") alleging that they have engaged and continue to engage in copyright infringement because the Defendants had access to a work owned by Bobbleheads.com and subsequently created and sold a substantially similar, and therefore infringing work.  Bobbleheads.com seeks damages, an accounting, the imposition of a constructive trust upon Defendants' illegal profits, attorneys' fees and costs, injunctive relief and such other relief as may be authorized by law.

## The Parties

2. Bobbleheads.com is a Georgia limited liability company with its principal place of business located in Alpharetta, Georgia.  Bobbleheads.com designs, markets, distributes, sells, and licenses bobble heads.

3. Wright Brothers is a California corporation with its principal place of business located in San Diego, California.  On information and belief, Wright Brothers primary business focus is selling and buying real estate, and other services related to real estate.  On information and belief, Wright Brothers recently began advertising, marketing, offering, and selling bobble heads.

4. On information and belief, defendants Corey Wright and Casey Wright, are owners, operators, officers, shareholders, and/or otherwise control Wright Brothers.  On information and belief, Corey Wright and Casey Wright: (a) personally participated in the wrongful conduct of copyright infringement alleged in this Complaint; and/or (b) had the right and ability to supervise, direct and control that wrongful conduct; and/or (c) derived direct financial benefits from that wrongful conduct.

## Jurisdiction

5. This Court has subject matter jurisdiction over Bobbleheads.com's claims for copyright infringement and related claims pursuant to 17 U.S.C. § 101 et seq. and 28 U.S.C. §§ 1331 and 1338(a).

### Venue

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and § 1400(a) because (a) Defendants reside in the Southern District of California, and/or (b) a substantial part of the events giving rise to Bobbleheads.com's claims occurred in the Southern District of California.

### Facts

7. Bobbleheads.com designs, markets, distributes, licenses and sells bobble heads.

8. Bobbleheads.com designed, advertises, markets, distributes and licenses a bobble head known as the Hillary Clinton Striped Pantsuit Bobblehead (the "Bobbleheads.com Work"). The Bobbleheads.com Work was published by Bobbleheads.com on August 13, 2015. Bobbleheads.com filed a complete application for the registration of the Bobbleheads.com Work on September 2, 2016 with the United States Copyright Office. *see* Case No. 1-3953516031. A true and correct copy of the application data included in the submission of the application is attached to this Complaint as Exhibit 1. A true and correct copy of the filing receipt is attached to this Complaint as Exhibit 2. A photocopy of the Bobbleheads.com Work is below.

The Bobbleheads.com Work



Defendants' Infringement

9. Defendants advertise or have advertised, market or have marketed, offer or have offered, sell or have sold, and distribute or have distributed unauthorized copies (respectively, "Defendant Work 1" and "Defendant Work 2") of the Bobbleheads.com Work, and as a result, the Defendants are liable for copyright infringement. A side-by-side comparison of the Bobbleheads.com Work and the Defendant Work 1, and the Bobbleheads.com Work and the Defendant Work 2 are below.

| Defendant Work 1 | Bobbleheads.com Work |
|---|---|
| HILLARY FOR PRISON | Hillary Clinton |



| Defendant Work 2 | Bobbleheads.com Work |

10. By letter dated September 7, 2016, Bobbleheads.com notified Defendants of the infringement and asked Defendants to cease and desist from manufacturing and selling Defendant Work 1.

11. Bobbleheads.com sent a follow-up letter dated September 21, 2016 after the Defendants disregarded Bobbleheads.com's cease and desist demand in the letter dated September 7, 2016.   Sometime after September 21, 2016, the Defendants communicated with Bobbleheads.com.  On information and belief, Defendant temporarily discontinued the sale of Defendant Work 1 after the communications between the parties.

12. At or around the time of the communication between the parties, Bobbleheads.com sent notices to numerous service providers that the Defendants' infringing work was being advertised and sold on their site by the Defendants and demanding that Defendant's advertisements be taken down pursuant to the Digital Millennium Copyright Act ("DMCA"). On information and belief, Defendants shifted their advertising and sales efforts to other platforms and outlets in an effort to avoid the impact of these DMCA notices, requiring further efforts by Bobbleheads.com to attempt to stop the advertisement and sale the infringing work.

13. On information and belief, in an attempt to "design-around" the Bobbleheads.com Work, Defendant also began manufacturing, advertising, distributing and selling Defendant Work 2. On information and belief, the differences between the Bobbleheads.com Work and Defendant Work 2 result from Defendants' intentional efforts to disguise the blatant and willful copying of the Bobbleheads.com Work.

14. On October 20, 2016, Bobbleheads.com ordered Defendant Work 2, as illustrated by the Order Form attached as Exhibit 3, but instead received Defendant Work 1, as illustrated by the product attached as Exhibit 4. Even though both Defendant Work 1 and Defendant Work 2 infringe the Plaintiff's Work, on information and belief, the Defendants were attempting and continue to attempt to disguise their infringement of the Plaintiff's Work by promoting Defendant Work 2 and shipping Defendant Work 1 to consumer.

15. On information and belief, on or about October 26, 2016, Defendants, once again, began publicly advertising Defendant Work 1.

16. On information and belief, these are not isolated incidents. Rather, Defendants have been and continue to be involved in advertising, marketing, installing, offering, and/or distributing counterfeit and infringing copies of the Bobbleheads.com Work.

17. On information and belief, Defendants have committed and are continuing to commit acts of copyright infringement against Bobbleheads.com. On information and belief, at a minimum, Defendants were willfully blind and acted in reckless disregard of the Bobbleheads.com Work.

18. On information and belief, Bobbleheads.com has been harmed by Defendants' activities, including their advertising activities and unauthorized manufacture and sale of the Bobbleheads.com Work.

Copyright Infringement Claim

[Copyright Infringement – 17 U.S.C. § 101, et seq.]

Against Defendants

19. Bobbleheads.com repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 15 inclusive.

20. The Bobbleheads.com Work is an original work of authorship fixed in a tangible medium of expression. 17 U.S.C. § 102.

21. Bobbleheads.com is the sole owner of Bobbleheads.com Work and of the corresponding copyright application, and as such, Bobbleheads.com has the exclusive rights to reproduce, prepare derivative works, distribute copies by sale or by trade, or display the Bobbleheads.com Work. 17 U.S.C. § 106.

22. The Bobbleheads.com Work and pictures of the same were accessible to the Defendants through the internet. On information and belief, the Defendants actually copied the Bobbleheads.com Work. Nevertheless, the Defendants had access to the Bobbleheads.com Work and produced Defendant Work 1 and Defendant Work 2, both of which are substantially similar to the Bobbleheads.com Work. The Bobbleheads.com Work and Defendant Work 1 both have: (i) a black and white striped prison suit, with the lines oriented in the same manner and the same design, (ii) a tag next to the lapel with the term "HC2016", (iii) an orange under shirt, (iv) a white pearl necklace, (v) a right arm that runs along the side of the body and a left arm that bends across the mid-section of the

body, with the hands and fingers on each arm placed in the same or similar positions, (vi) black shoes, (vii) feet in a similar position, (viii) a straight left leg and a bent right leg, and (ix) a black ball and chain connected to the right ankle.  The Bobbleheads.com Work and Defendant Work 2 both have a black and white striped prison suit, an orange undershirt, and a method for securing a prisoner.  The Bobbleheads.com Work encompasses the creative expression of Hillary in a prison suit, and Defendant Work 1 and Defendant Work 2 have simply copied Bobbleheads.com's creative expression.

23. Defendants have infringed the Bobbleheads.com's exclusive rights to the Bobbleheads.com Work by advertising, marketing, installing, offering, and/or distributing Defendant Work 1 and Defendant Work 2 in the United States of America without approval or authorization from Bobbleheads.com.

24. At a minimum, Defendants acted with willful blindness to and in reckless disregard of the Bobbleheads.com Work.

25. As a result of their wrongful conduct, Defendants are liable to Bobbleheads.com for copyright infringement.  17 U.S.C. § 501.  Bobbleheads.com has suffered damages.  Bobbleheads.com is entitled to recover damages, which include any and all profits Defendants have made as a result of their wrongful conduct.  17 U.S.C. § 504.  Alternatively, Bobbleheads.com is entitled to statutory damages under 17 U.S.C. § 504(c).

26. In addition, for the reasons set forth above, the award of statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

27. Bobbleheads.com is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503.  Bobbleheads.com has no adequate remedy at law for Defendants' wrongful conduct because, among other things, Defendants' infringement causes irreparable harm to Bobbleheads.com, such that Bobbleheads.com could not be made whole by any monetary

award, and (c) Defendants' wrongful conduct, and the resulting damage to Bobbleheads.com, is continuing.

28. Bobbleheads.com is also entitled to recover its attorneys' fees and costs of suit. 17 U.S.C. § 505.

29. The amount of money due from Defendants to Bobbleheads.com for the infringement is unknown to Bobbleheads.com and cannot be ascertained without a detailed accounting by Defendants of the precise number of units of infringing material advertised, marketed, installed, offered or distributed by Defendants and the amount of the Defendants' profits from the sale of the infringing material.

## PRAYER FOR RELIEF

WHEREFORE, Bobbleheads.com respectfully requests judgment as follows:

(1) That the Court enter a judgment against Defendants for Defendants willful infringement of Bobbleheads.com's rights in the Bobbleheads.com Work, in violation of 17 U.S.C. § 501.

(2) That the Court issue injunctive relief against Defendants, and that Defendants, their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with Defendants, be enjoined and restrained from:

(a) imitating, copying, or participating in any other infringing use or infringing distribution of the Bobbleheads.com Work and any other items or works now or hereafter protected by any Bobbleheads.com copyright;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any Bobbleheads.com copyrights, including, but not limited to, Bobbleheads.com's rights in the Bobbleheads.com Work;

(c) engaging in any other activity constituting an infringement of any of Bobbleheads.com's copyrights, or of Bobbleheads.com's rights in, or right to use or to exploit, these copyrights; and

        (d)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (d) above.

    (3)    That the Court enter an order pursuant to 17 U.S.C. § 503 impounding all counterfeit and infringing copies of the Bobbleheads.com Work and any related items, including business records, that are in Defendants' possession or under their control;

    (4)    That the Court enter an order declaring that Defendants hold in trust, as constructive trustees for the benefit of Bobbleheads.com, their illegal profits obtained from their distribution of counterfeit and infringing copies of Bobbleheads.com's Work, and requiring Defendants to provide Bobbleheads.com a full and complete accounting of the number of infringing units sold and all amounts due and owing to Bobbleheads.com as a result of Defendants' illegal activities.

    (5)    That the Court order Defendants to pay Bobbleheads.com's general, special, actual, and statutory damages as follows:

        (a)    Bobbleheads.com's damages and Defendants' profits pursuant to 17 U.S.C. § 504(b), or alternatively, enhanced statutory damages pursuant to 17 U.S.C. § 504(c), and 17 U.S.C. § 504(c)(2); and

    (6)    That the Court order Defendants to pay to Bobbleheads.com both the costs of this action and the reasonable attorneys' fees incurred by it in prosecuting this action; and

    (7)    That the Court grants to Bobbleheads.com such other and additional relief as is just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes and claims with respect to which Plaintiff has a right to a jury trial.

| | | |
|---|---|---|
| 1 | Dated: November 14, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | s/ Thomas B. Snyder |
| 4 | | THOMAS B. SNYDER, California Bar No. #211230 |
| 5 | | CROWE & DUNLEVY |
| | | A Professional Corporation |
| 6 | | 324 North Robinson Ave., Suite 100 |
| 7 | | Oklahoma City, Oklahoma 73102 |
| | | Telephone: (405) 235-7700 |
| 8 | | Fax: (405) 239-6651 |
| 9 | | thomas.snyder@crowedunlevy.com |
| 10 | | Attorney For Plaintiff |
| | | Bobbleheads.com, LLC |

## TABLE OF EXHIBITS

Exhibit 1–Application Data………………………………………………………………1

Exhibit 2–Filing Receipt……………………………………………………………..2

Exhibit 3–Receipt for Purchase of Defendant Work 2…………………………………3

Exhibit 4–Product Received After Order of Defendant Work 2………………………4